**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MORGAN T. FULLER,

    Plaintiff,

v.                                                            No. CV 21-1206 RB/CG

UNITED STATES GOVERNMENT,

    Defendant.

## **ORDER TO CURE DEFICIENCY**

This matter comes before the Court on Mr. Fuller's Prisoner Civil Rights Complaint, (Doc. 1). The filing is deficient because Mr. Fuller did not prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(2). Mr. Fuller must cure this deficiency by February 2, 2022. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for six months. If Mr. Fuller has not been detained for six months, he must submit a statement reflecting transactions between the date of his arrest/detention and December 20, 2021, when he filed the case. All filings must include the case number (No. 21-cv-1206 RB-CG). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.

**IT IS ORDERED** that by **February 2, 2022**, Mr. Fuller must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Mr. Fuller a blank *in forma pauperis* motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE